IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TODD JEFFERSON ROGERS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | No. 5:10-CV-484 (CAR) |
| STEVEN ROBERTS | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

ORDER ON RECOMMENDATION

Before the Court is United States Magistrate Judge Charles Weigle's Recommendation [Doc. 12] to deny Petitioner Todd Jefferson Rogers' 28 U.S.C. § 2254 petition for writ of habeas corpus [Doc. 1]. Petitioner has not entered an objection to the Recommendation. Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 12] is hereby **ADOPTED** and made the Order of the Court, and Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] is **DENIED**. Additionally, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 20th day of January, 2012.

1

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH